IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07mj 106

| | |
|---|---|
| IN RE SEIZURE OF THE FUNDS IN FIRST ) <br> CITIZENS BANK ACCOUNT, etc.. ) <br> ) | ORDER TO SEAL <br> UNREDACTED APPLICATION, <br> AFFIDAVIT, AND WARRANT |

On the government's motion to seal in the above-captioned seizure warrant file, for the reason stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal the unredacted version of the application, the unredacted version of the affidavit submitted in support of the application, and the unredacted seizure warrant herein until further order of the Court.

Signed this the 21st day of May, 2007.

CARL HORN
UNITED STATES MAGISTRATE JUDGE